UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENKI RODRIGUEZ-MORALES,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

24 CIVIL 9766 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the July 22, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:   July 22, 2025

       New York, New York

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                            Chief United States District Judge